IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAD MICHAEL WIESS                                                         PLAINTIFF

              v.                      Civil No. 06-5021

CAPTAIN PETRAY;
LT. CARTER; SGT.
FAULKENBERRY; and
SGT. ADAMS all of the
Benton County Detention Center                                DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 19, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 2nd day of March 2006.

                                                              /s/ Beverly Stites Jones
                                                              UNITED STATES MAGISTRATE JUDGE