IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAD MICHAEL WEISS                                                    PLAINTIFF

        v.           Civil No. 06-5021

CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBERRY; and SGT.
ADAMS, all of the Benton County
Detention Center                                                      DEFENDANTS

## O R D E R

Now on this 19th day of April, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #21), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE